**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Armando NICOLAS–MARCIAL,**
**Defendant—Appellant.**

No. 06–50327.

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2007.*

Filed July 20, 2007.

USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff-Appellee.

---

*This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Andrew Lah, Esq., FDSD–Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: LEAVY, THOMAS, and BERZON, Circuit Judges.

MEMORANDUM **

Armando Nicolas–Marcial appeals from the 57–month sentence imposed following his guilty-plea conviction for being a previously deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *United States v. Covian–Sandoval*, 462 F.3d 1090, 1093 (9th Cir.2006), and we affirm.

Nicolas–Marcial contends that the district judge improperly relied upon a prior aggravated felony conviction, which was not admitted during the guilty plea, to enhance his sentence beyond the statutory maximum term under 8 U.S.C. § 1326(a). This contention is foreclosed by our holding in *Covian–Sandoval*. *See id.* at 1096–97.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.